UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Raymond Eugene Butcher,<br><br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>LA County, et al.,<br><br>　　　　　　　　　Defendants | Case No. 2:24-cv-00534-CDS-BNW<br><br>ORDER |

　　　　Plaintiff filed an application to proceed *pro se* and a complaint. ECF Nos. 1, 1-1. However, Plaintiff has not provided an address. Local Rule IA 10-2 requires that a *pro se* party include his address, phone number, and email (if any) on the first page of every document filed with this Court. LR IA 10-2. In addition, Local Rule IA 3-1, requires a *pro se* party to immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. LR IA 3-1. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id*.

　　　　This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court.

　　　　**IT IS ORDERED** that Plaintiff will file his updated address with the Court within **thirty (30) days** from the date of this order. Failure to comply with this order may result in the dismissal of this case.

　　　　DATED: April 1, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE