UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Raymond Eugene Butcher, Jr.,

        Plaintiff

v.

L.A. County, et al.,

        Defendants

Case No. 2:24-cv-00534-CDS-BNW

**Order Adopting Magistrate Judge's Report and Recommendation and Closing Case**

[ECF No. 11]

Magistrate Judge Brenda Weksler issued a report and recommendation that I dismiss this case for failing to file an amended complaint by the court ordered deadline.[1] ECF No. 11. Butcher had until September 9, 2024, to file to file any objections to the R&R. *Id.* at 3 (citing LR IB 3-2(a) (stating that parties wishing to object to an R&R must file objections within fourteen)). *See also* 28 U.S.C. § 636(b)(1)(C) (same). As of the date of this order, Butcher has neither objected to the R&R nor requested more time to do so. And "no review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); s*ee also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, I adopt the R&R in full and dismiss this action without prejudice.

**Conclusion**

It is therefore ordered that Judge Weksler's report and recommendation **[ECF No. 11] is adopted** in its entirety, so this action is now dismissed without prejudice.

The Clerk of Court is kindly instructed to enter judgment accordingly and to close this case.

Dated: September 16, 2024

_____
Cristina D. Silva
United States District Judge

---

[1] Judge Weksler extended Butcher's deadline to file the amended complaint sua sponte on two occasions. Min. Orders, ECF No. 7; ECF No. 10. Butcher also failed to update his address as required by the local rules. ECF No. 8; ECF No. 9.